**Electronically Filed
Intermediate Court of Appeals
CAAP-17-0000858
12-MAY-2023
08:20 AM
Dkt. 74 OAWST**

NO. CAAP-17-0000858

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI

KAREN GOO, RON LEINWEBER, SUE LEINWEBER, NANCY OSHIRO, AMBER TORRECER-PAZ, REYN TATEYAMA, EMERY LEE, DONNA LEE, LARRY OSHIRO, YOSHI SAKUMA, JANE SAKUMA, LILLIAN TORRECER, KAHAI SHISHIDO, WENDY SHISHIDO, CLARK NAKAMOTO, SCOTT OSHIRO, JOHN ZANER, JULIE ZANER, ANDREW FUJIKAWA, SHEILA FUJIKAWA, JUANITO RIGLOS, JANIS RIGLOS, JOHN WAIWAIOLE, NORMA WAIWAIOLE, ERIC ENGH and EMILY ENGH, Plaintiffs-Appellants, v. MAYOR ALAN ARAKAWA, WILLIAM SPENCE, VP & PK (ML) LLC, KCOM CORP., KILA KILA CONSTRUCTION, JOHN G'S DESIGN & CONSTRUCTION, INC., NEW SAND HILLS LLC, DAVID B. MERCHANT, JOYCE TAKAHASHI, BRIAN TAKAHASHI, DIANE L. REASER, et al., HOOKAI LLC, SANDHILLS ESTATES COMMUNITY ASSOCIATION, CHERYL CABEBE, GERRY RIOPTA, and MELISSA RIOPTA, Defendants-Appellees, and DOE DEFENDANTS 1-100, Defendants.

APPEAL FROM THE CIRCUIT COURT OF THE SECOND CIRCUIT
(CIVIL NO. 07-1-0258)

ORDER APPROVING STIPULATION TO DISMISS APPEAL
(By: Leonard, Presiding Judge, Nakasone and McCullen, JJ.)

Upon consideration of the Stipulation and Order to Dismiss Appeal filed May 5, 2023, by Plaintiffs-Appellants, the papers in support, and the record, it appears that (1) the appeal has been docketed and the filing fees have been paid; (2) the parties stipulate to dismiss the appeal with prejudice and bear their own attorneys' fees and costs, under Hawaiʻi Rules of

Appellate Procedure Rule 42(b); and (3) the stipulation is dated and signed by counsel for all parties appearing in the appeal.

Therefore, IT IS HEREBY ORDERED that the stipulation is approved and the appeal is dismissed with prejudice. The parties shall bear their own attorneys' fees and costs.

DATED: Honolulu, Hawaiʻi, May 12, 2023.

/s/ Katherine G. Leonard
Presiding Judge

/s/ Karen T. Nakasone
Associate Judge

/s/ Sonja M.P. McCullen
Associate Judge